**HCDistrictclerk.com** BLAND, JERALDINE vs. AAA COOPER TRANSPORTATION (D/B/A AAA COOPER TRANSPORATION INC)   8/9/2021

Cause: 202142869   CDI: 7   Court: 269

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

| CASE DETAILS | CURRENT PRESIDING JUDGE |

| | | | |
|---|---|---|---|
| **File Date** | 7/15/2021 | **Court** | 269th |
| **Case (Cause) Location** | Civil Intake 1st Floor | **Address** | 201 CAROLINE (Floor: 13)<br>HOUSTON, TX 77002<br>Phone:7133686370 |
| **Case (Cause) Status** | Active - Civil | | |
| **Case (Cause) Type** | Motor Vehicle Accident | **JudgeName** | CORY SEPOLIO |
| **Next/Last Setting Date** | N/A | **Court Type** | Civil |
| **Jury Fee Paid Date** | 7/16/2021 | | |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| BLAND, JERALDINE | PLAINTIFF - CIVIL | | QIU, ZHECHAO RAPHAEL |
| AAA COOPER TRANSPORTATION (D/B/A AAA COOPER TRANSPORATION INC) | DEFENDANT - CIVIL | | |
| DOE, JOHN | DEFENDANT - CIVIL | | |
| AAA COOPER TRANSPORTATION (D/B/A AAA COOPER TRANSPORTATION INC) | REGISTERED AGENT | | |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume/Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 7/15/2021 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 7/15/2021 | ORIGINAL PETITION | | | 0 | | QIU, ZHECHAO RAPHAEL | BLAND, JERALDINE |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|

| CITATION SERVICE RETURN/EXECUTED | ORIGINAL PETITION | AAA COOPER TRANSPORTATION (D/B/A AAA COOPER TRANSPORTATION INC) | 7/15/2021 | 7/16/2021 | 7/27/2021 | | 73891382 | E-MAIL |
|---|---|---|---|---|---|---|---|---|
| | | 1701 DIRECTORS BLVD SUITE 300 AUSTIN TX 78744 | | | | | | |

# DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 97089043 | Affidavit of Service - AAA Cooper Transportation | | 07/29/2021 | 1 |
| 96863593 | Platintiffs Original Petition | | 07/15/2021 | 5 |
| ·> 96863594 | Civil Case Information Sheet | | 07/15/2021 | 1 |
| ·> 96863596 | Request for Issuance of Service | | 07/15/2021 | 1 |

REGISTERED AGENT SOLUTIONS INC

**Registered Agent Solutions, Inc.**
*Corporate Mailing Address*
1701 Directors Blvd.
Suite 300
Austin, TX 78744

Phone: (888) 705-RASi (7274)

# SERVICE OF PROCESS RECEIPT

2021-07-27

Michelle Lewis
**AAA Cooper Transportation**
1751 Kinsey Road
Dothan, AL 36302 USA

**NOTICE OF CONFIDENTIALITY**
This notice and the information it contains are intended to be a confidential communication only to the individual and/or entity to whom it is addressed. If you have received this notice in error, immediately call our SOP Department at (888) 705-7274.

**RE: AAA Cooper Transportation**

This receipt is to inform you that Registered Agent Solutions, Inc. has received a Service of Process on behalf of the above-referenced entity as your registered agent and is hereby forwarding the attached document(s) for your immediate review. A summary of the service is shown below; however, it is important that you review the attached document(s) in their entirety for complete and detailed information.
For additional information and instruction, contact the document issuer: WHITE & HARRISON, TRIAL ATTORNEYS

**SERVICE INFORMATION**

Service Date: 2021-07-27
Service Time: 11:32AM CDT
Service Method: Process Server

**RASi REFERENCE INFORMATION**

Service No.: 0180792
RASi Office: Texas
Rec. Int. Id.: JLW

**CASE INFORMATION**

Case Number: 2021-42869
File Date: 07/16/2021
Jurisdiction: TEXAS 269TH JUDICIAL DISTRICT COURT HARRIS COUNTY
Case Title: JERALDINE BLAND VS. AAA COOPER TRANSPORTATION, ET AL

**ANSWER / APPEARANCE INFORMATION**

20 days *(Be sure to review the document(s) for any required response dates)*

**AGENCY / PLAINTIFF INFORMATION**

Firm/Issuing Agent: WHITE & HARRISON, TRIAL ATTORNEYS
Attorney/Contact: RAPHAEL QUI
Location: Texas
Telephone No.: 713-224-4878

**DOCUMENT(S) RECEIVED & ATTACHED**

Summons
Notice: THAT DOCUMENTS WILL BE USED
Demand for Jury Trial
Petition: PLAINTIFF'S ORIGINAL

**ADDITIONAL NOTES**

**Questions or Comments...** Should you have any questions or need additional assistance, please contact the SOP Department at (888) 705-7274.

You have been notified of this Service of Process by Insta-SOP Delivery, a secure email transmission. The transmitted documents have also been uploaded to your Corpliance account. RASi offers additional methods of notification including Telephone Notification and FedEx Delivery. If you would like to update your account's notification preferences, please log into your Corpliance account at www.rasi.com.

*Thank you for your continued business!*

EML
**COPY OF PLEADING PROVIDED BY PLT**

Receipt Number: 893249
Tracking Number: 73891382

DELIVERED
7/27/21
BY: LM   PSC: Jones
ATX Process, LLC

CAUSE NUMBER: 202142869

| | |
|---|---|
| PLAINTIFF: BLAND, JERALDINE | In the 269th Judicial |
| vs. | District Court of |
| DEFENDANT: AAA COOPER TRANSPORTATION (D/B/A AAA COOPER TRANSPORATION INC) | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: AAA COOPER TRANSPORTATION (D/B/A AAA COOPER TRANSPORTATION INC) CAN BE SERVED THROUGH ITS REGISTERED AGENT SOLUTIONS INC

1701 DIRECTORS BLVD SUITE 300

AUSTIN TX 78744

OR WHEREVER ITS REGISTERED AGENT/OFFICERS MAY BE FOUND

   Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on July 15, 2021, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this July 16, 2021.



*Marilyn Burgess*
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: CYNTHIA CLAUSELL

Issued at request of:
QIU, RAPHAEL
3120 SOUTHWEST FWY SUITE 350
HOUSTON, TX  77098
713-742-2620

Bar Number: 24102385

Tracking Number: 73891382
EML

CAUSE NUMBER: 202142869

| | |
|---|---|
| PLAINTIFF: BLAND, JERALDINE | In the 269th |
| vs. | Judicial District Court |
| DEFENDANT: AAA COOPER TRANSPORTATION (D/B/A AAA COOPER TRANSPORATION INC) | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock ____. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock ____. M., on the _____ day of _____, 20 _____,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE: $ _____                        _____
                                         _____ of _____
County, Texas
_____          By: _____
     Affiant                              Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of _____, 20 \_\_\_\_\_

_____
Notary Public

Case 4:21-cv-02566 Document 1-4 Filed on 08/09/21 in TXSD Page 8 of 12

7/15/2021 5:01 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 55402758
By: Cynthia Clausell-McGowan
Filed: 7/15/2021 5:01 PM

*2021-42869 / Court: 269*

CAUSE NO. _____

| | | |
|---|---|---|
| JERALDINE BLAND | § | IN THE DISTRICT COURT OF |
| Plaintiff | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| AAA COOPER TRANSPORTATION | § | |
| and JOHN DOE | § | |
| Defendants | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff, JERALDINE BLAND, hereby files this his Original Petition, complaining of and against Defendants John Doe and AAA COOPER TRANSPORTATION d/b/a AAA Cooper Transportation, Inc., and for causes of action would respectfully show unto the Court the following:

## I.
## DISCOVERY CONTROL PLAN

1.0    Discovery is intended to be conducted under Level 2 of the Texas Rules of Civil Procedure 190.

## II.
## PARTIES

2.0    Plaintiff is a resident of Harris County, Texas.

2.1    Defendant AAA Cooper Transportation d/b/a AAA Cooper Transportation, Inc. (AAACT) is a foreign corporation doing business in Texas and can be served with process through its registered agent, Registered Agent Solutions, Inc., at 1701 DIRECTORS BLVD., SUITE 300 AUSTIN, TX 78744 or wherever its registered agent/officers may be found.

2.2    Defendant John Doe is a truck driver for AAACT.

## III.
## JURISDICTION & VENUE

3.0     Venue is proper in Harris County, Texas, pursuant to Tex. Civ. Prac. & Rem. Code §15.001 *et seq.* because all or a substantial part of the events or omissions giving rise to the claims arose in Harris County, Texas. This Court has jurisdiction over the parties and subject matter hereof. The amount in controversy exceeds the minimum jurisdictional limits of this Court.

## IV.
## FACTS

4.0     On or about November 10, 2019, Plaintiff was performing security services at AAACT's Property located at 5735 Little York Road, Houston, TX 77016. While Plaintiff was attempting to park her vehicle at the Property, AAACT's driver, John Doe, failed to see her and collided with her vehicle. Defendant's acts and omissions caused Plaintiff to suffer substantial injuries and damages. Based on information and belief, John Doe was working in the course and scope of employment for AAACT at all times relevant to this lawsuit.

## V.
## NEGLIGENCE AND NEGLIGENCE PER SE

### A. John Doe

5.0     On information and belief, at the time of the crash made the basis of this suit, Defendant was operating his vehicle in a negligent and careless manner in the following respects which, among others, may be shown at the trial of this cause:

1. In failing to maintain an assured clear distance between his vehicle and Plaintiff's vehicle so that, considering the speed of the vehicles, traffic, and the conditions of the highway, he could safely stop without colliding with Plaintiff's vehicle in violation of Tex. Transp. Code Ann § 545.062(a);

2. In driving at a speed that was greater than was reasonable and prudent under the circumstances, and further in failing to control the speed of his vehicle as necessary to avoid colliding with Plaintiff's vehicle in violation of Tex. Transp. Code § 545.351(a)-(b);

3. In failing to operate the vehicle in a reasonable and prudent manner.

4. In failing to keep a proper lookout;

5. In failing to take any evasive action to avoid the collision; and other acts constituting negligence.

### B. AACT

5.1 Defendant AAACT is independently and vicariously liable to Plaintiff. Defendant John Doe was an employee, agent and/or servant of Defendant AAACT As such, Defendant AAACT is vicariously liable for the negligence of Defendant John Doe due to the master-servant relationship which existed, under the doctrine of Respondent Superior.

5.2 At the time of the accident, Defendant AAACT entrusted its vehicle to Defendant John Doe. At the time of the accident made the basis of this suit, Defendant John Doe was an unsafe, incompetent or reckless driver. Defendant AAACT knew or should have known that Defendant John Doe was an unsafe, incompetent or reckless driver. Defendant John Doe was negligent on the date in question and such negligence proximately caused Plaintiff's injuries.

5.3 Defendant AAACT is also responsible for their negligent retention, training, and supervision of Defendant John Doe. Defendant AAACT had a duty to train, supervise and retain competent employees. Defendant AAACT breached that duty. That breach proximately caused Plaintiff's injuries.

5.4 Each of these acts and omissions, singularly or in combination with others, constitute negligence which was the proximate cause of this incident, and the injuries sustained by the Plaintiff. Additionally, Defendants' acts or omissions in violating the Texas Transportation Code as listed above constitute negligence per se.

## VI.
## DAMAGES

6.0     Said elements of damage which Plaintiff seeks to recover from Defendants includes compensation for the following:

1. The physical pain and mental anguish sustained by Plaintiff from date of injury to the time of trial;

2. The physical pain and mental anguish that Plaintiff will suffer in the future;

3. Loss of earnings sustained by Plaintiff from date of injury to time of trial;

4. Loss of earnings and earning capacity reasonably anticipated to be suffered by Plaintiff in the future;

5. Reasonable and necessary medical expenses incurred by Plaintiff in the treatment of Plaintiff's injuries from date of injury to time of trial;

6. Reasonable and necessary medical expenses reasonably anticipated to be sustained by Plaintiff in the future for treatment of Plaintiff's injuries; and

7. Past and future physical impairment;

As such, Plaintiff affirmatively pleads that she seeks monetary compensation in the amounts provided for by Rule 47(c)(4), Texas Rules of Civil Procedure.

## VII.
## REQUEST FOR JURY TRIAL

7.0     Plaintiff requests a jury trial.

## VIII.
## INITIAL DISCLOSURE

8.0     Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendants must disclose the information or material described in Texas Rule of Civil Procedure 194.2.

## IX.
## NOTICE THAT DOCUMENTS WILL BE USED

9.0     Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby gives notice

that all documents produced by the Defendants will be used at any pretrial proceeding or at the trial of this case.

## X.
## PRAYER

10.0 WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendants be cited to appear and answer herein, and that upon final trial hereof, Plaintiff recover a judgment against said Defendants in the amounts awarded by the jury, plus costs of Court, pre-judgment and post-judgment interest at the legal rate, and for any and all further relief, both general and special, legal and equitable to which Plaintiff may be justly entitled.

Respectfully submitted,

**WHITE & HARRISON, TRIAL ATTORNEYS**

BY: */s/ Raphael Qiu*

Raphael Qiu
Texas Bar No. 24102385
Joshua R. Hilbe
Texas Bar No. 24092513
3120 Southwest Freeway, Ste. 350
Houston, Texas 77005
(713) 224-4878 Telephone
(713) 237-0510 Facsimile
E-service Only:
Litigation@AttorneyBrianWhite.com

**ATTORNEY FOR PLAINTIFF**